SCOT-17-0000184

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE CONTESTED CASE HEARING ON THE WATER USE PERMIT APPLICATION ORIGINALLY FILED BY KUKUI (MOLOKAI), INC., NOW REFILED AS A NEW GROUND USE BY MOLOKAI PUBLIC UTILITIES, LLC.

---

APPEAL FROM THE COMMISSION ON WATER RESOURCE MANAGEMENT
(CASE NO. CHH-MO-97-01)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed December 10, 2018, is corrected as follows:

On page 24, in the final sentence of the Opinion, delete the words "circuit court's".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, December 14, 2018.

/s/ Richard W. Pollack

Associate Justice

